```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611071610
Cashier ID: almacen
Transaction Date: 03/12/2012
Payer Name: SAN FRANCISCO LEGAL SUPPORT

CIVIL FILING FEE
 For: CELINA Z PORRAS
 Case/Party: D-CAN-4-12-CV-001225-001
 Amount:       $350.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 97897
 Amt Tendered: $350.00

Total Due:       $350.00
Total Tendered: $350.00
Change Amt:     $0.00

LB


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```