1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CELINA Z. PORRAS,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br><br>STUBHUB, INC.,<br><br>　　　　　　Defendant. | Case No. 12-cv-1225 (MMC)<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

1        Kristen M. Echemendia, whose business address and telephone number is 767 Fifth Avenue, New York, New York 10153, (212) 310-8518, and who is an active member in good standing of the bar of Southern District New York and New York State, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing StubHub, Inc.

       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in the action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: April 3, 2012

_____
HONORABLE MAXINE M. CHESNEY
United States District Court Judge