1
2
3
4
5
6
7
8                            UNITED STATES DISTRICT COURT
9
                            NORTHERN DISTRICT OF CALIFORNIA
10
                                SAN FRANCISCO DIVISION
11

12  CELINA Z. PORRAS,                        Case No. 12-cv-1225 (MMC)
13                     Plaintiff,            **[PROPOSED]** ORDER GRANTING
                                             APPLICATION FOR ADMISSION OF
14         vs.                               ATTORNEY *PRO HAC VICE*
15
16  STUBHUB, INC.,
17                     Defendant.
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING APPLICATION FOR                              Case No.: 12-cv-1225 (MMC)
ADMISSION OF ATTORNEY *PRO HAC VICE*

Kristen M. Echemendia, whose business address and telephone number is 767 Fifth Avenue, New York, New York 10153, (212) 310-8518, and who is an active member in good standing of the bar of Southern District New York and New York State, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing StubHub, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in the action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: April 3, 2012

_____
HONORABLE MAXINE M. CHESNEY
United States District Court Judge

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*    1    Case No.: 12-cv-1225 (MMC)