UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CELINA Z. PORRAS,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br><br>STUBHUB, INC.,<br><br>　　　　　　　Defendant. | Case No. 12-cv-1225 (MMC)<br><br>**[PROPOSED]** ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

1    Eric S. Hochstadt, whose business address and telephone number is 767 Fifth Avenue, New York, New York 10153, (212) 310-8538, and who is an active member in good standing of the bar of District of New Jersey, Eastern District New York, New Jersey State, New York State, Southern District of New York, U.S. Court of Appeals-Second Circuit, and U.S. Supreme Court, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing StubHub, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in the action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED:  April 3, 2012

_____
HONORABLE MAXINE M. CHESNEY
United States District Court Judge

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*      1      Case No.: 12-cv-1225 (MMC)