1
2
3
4
5
6
7
8      UNITED STATES DISTRICT COURT
9
10     NORTHERN DISTRICT OF CALIFORNIA
11     SAN FRANCISCO DIVISION
12

| | |
|---|---|
| CELINA Z. PORRAS, | Case No. 12-cv-1225 (MMC) |
| Plaintiff, | **[PROPOSED]** ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| vs. | |
| STUBHUB, INC., | |
| Defendant. | |

| | |
|---|---|
| 1 | David J. Lender, whose business address and telephone number is 767 Fifth |
| 2 | Avenue, New York, New York 10153, (212) 310-8153, and who is an active member in good |
| 3 | standing of the bar of New York State, U.S. Court of Appeals-Third Circuit, U.S. Court of |
| 4 | Appeals-Second Circuit, U.S. Court of Appeals-Fourth Circuit, U.S. Supreme Court, Eastern |
| 5 | District New York, U.S. Court of Appeals-Federal Circuit, Southern District New York, and U.S. |
| 6 | Tax Court, having applied in the above-entitled action for admission to practice in the Northern |
| 7 | District of California on a pro hac vice basis, representing StubHub, Inc. |
| 8 | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms |
| 9 | and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro* |
| 10 | *hac vice*. Service of papers upon and communication with co-counsel designated in the |
| 11 | application will constitute notice to the party. All future filings in the action are subject to the |
| 12 | requirements contained in General Order No. 45, *Electronic Case Filing*. |

DATED:  April 3, 2012                                    _____
　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge