UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CELINA Z. PORRAS,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>STUBHUB, INC.,<br><br>　　　　　　Defendant. | Case No. 12-cv-1225 (MMC)<br><br>**[PROPOSED]** ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

1  David J. Lender, whose business address and telephone number is 767 Fifth
2  Avenue, New York, New York 10153, (212) 310-8153, and who is an active member in good
3  standing of the bar of New York State, U.S. Court of Appeals-Third Circuit, U.S. Court of
4  Appeals-Second Circuit, U.S. Court of Appeals-Fourth Circuit, U.S. Supreme Court, Eastern
5  District New York, U.S. Court of Appeals-Federal Circuit, Southern District New York, and U.S.
6  Tax Court, having applied in the above-entitled action for admission to practice in the Northern
7  District of California on a pro hac vice basis, representing StubHub, Inc.

8  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
9  and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro*
10 *hac vice*.  Service of papers upon and communication with co-counsel designated in the
11 application will constitute notice to the party.  All future filings in the action are subject to the
12 requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: April 3, 2012

_____
HONORABLE MAXINE M. CHESNEY
United States District Court Judge

[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY *PRO HAC VICE*                    1                    Case No.: 12-cv-1225 (MMC)