1  David J. Lender (*pro hac vice* pending)
   Eric S. Hochstadt (*pro hac vice* pending)
2  Kristen M. Echemendia (*pro hac vice* pending)
   WEIL, GOTSHAL & MANGES LLP
3  767 Fifth Avenue
   New York, NY 10153
4  Telephone: (212) 310-8000
   Facsimile: (212) 310-8007
5  david.lender@weil.com
   eric.hochstadt@weil.com
6  kristen.echemendia@weil.com

7  Christopher J. Cox (Bar No. 151650)
   Liani Kotcher (Bar No. 277282)
8  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
9  Redwood Shores, CA 94065
   Telephone: (650) 802-3000
10 Facsimile: (650) 802-3100
   chris.cox@weil.com
11 liani.kotcher@weil.com

12 *Attorneys for Defendant StubHub, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CELINA Z. PORRAS, as an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STUBHUB, INC., and DOES 1 through 100, inclusive<br><br>Defendant. | Case No. 12-cv-1225 (MMC)<br><br>**STIPULATED REQUEST TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT AND BRIEFING SCHEDULE FOR ANY MOTION TO DISMISS, OPPOSITION, AND REPLY AND [~~PROPOSED~~] ORDER** |

STIPULATION AND [PROPOSED]
ORDER EXTENDING TIME TO RESPOND
AND BRIEFING SCHEDULE FOR ANY MOTION         Case No. 12-cv-1225 (MMC)
TO DISMISS, OPPOSITION, AND REPLY

Pursuant to Federal Rule of Civil Procedure 12(a) and this stipulation, defendant StubHub, Inc. ("Defendant") hereby requests that the Court extend the deadline for Defendant to file a response to plaintiff Celina Z. Porras' ("Plaintiff") Class Action Complaint from April 9, 2012 to April 30, 2012, with Plaintiff's opposition to any motion to dismiss due May 29, 2012 and Defendant's reply due June 11, 2012.

WHEREAS, on March 12, 2012, Plaintiff filed a Class Action Complaint; and

WHEREAS, on March 19, 2012, Defendant was served with a copy of the Class Action Complaint.

1. Defendant requests that the deadline for it to file its answer or a motion to dismiss the Class Action Complaint be scheduled for April 30, 2012. Plaintiff stipulates to this request.

2. Plaintiff requests that the deadline for her to file an opposition to any motion to dismiss be scheduled for May 29, 2012. Defendant stipulates to this request.

3. Defendant requests that the deadline for it to file a reply to any opposition to its motion to dismiss be scheduled for June 11, 2012. Plaintiff stipulates to this request.

Counsel for Defendant attests under penalty of perjury that counsel for Plaintiff concurs in the filing of this stipulated request.

SO STIPULATED.

DATED:   March 30, 2012

| CELINA Z. PORRAS | STUBHUB, INC. |
|---|---|
| By: _____/s/ Peter M. Hart_____<br>LAW OFFICES OF PETER M. HART<br>Peter M. Hart (SBN 198691)<br>Amber S. Healy (SBN 232730)<br>12121 Wilshire Blvd., Suite 205<br>Los Angeles, CA 90025<br>Telephone: (310) 207-0109<br>Facsimile: (509) 561-6411<br>hartpeter@msn.com<br>ahealy.loph@gmail.com | By: _____/s/ Liani Kotcher_____<br>WEIL GOTSHAL & MANGES LLP<br>Christopher J. Cox (Bar No. 151650)<br>Liani Kotcher (Bar No. 277282)<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100<br>chris.cox@weil.com<br>liani.kotcher@weil.com |

| | |
|---|---|
| LAW OFFICE OF KENNETH H. YOON, APC<br>One Wilshire Blvd., Suite 2200<br>Los Angeles, CA 90017<br>Telephone: (213) 612-0988<br>Facsimile: (213) 947-1211<br>kyoon@yoonlaw.com<br><br>*Attorneys for Plaintiff Celina Z. Porras* | David J. Lender<br>(*pro hac vice* pending)<br>Eric S. Hochstadt<br>(*pro hac vice* pending)<br>Kristen M. Echemendia<br>(*pro hac vice* pending)<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone:  (212) 310-8000<br>Facsimile: (212) 310-8007<br>david.lender@weil.com<br>eric.hochstadt@weil.com<br>kristen.echemendia@weil.com<br><br>*Attorneys for Defendant StubHub, Inc.* |

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: April 3, 2012

_____
Honorable Maxine M. Chesney
United States District Court Judge
Northern District of California

STIPULATION AND [PROPOSED]
ORDER EXTENDING TIME TO RESPOND
AND BRIEFING SCHEDULE FOR ANY MOTION
TO DISMISS, OPPOSITION, AND REPLY

2

Case No. 12-cv-1225 (MMC)