UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CELINA Z. PORRAS, as an individual, and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>STUBHUB, INC., and DOES 1 through 100, inclusive<br><br>　　　　　　　　　Defendants. | Case No. 12-cv-1225 (MMC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING RESOLUTION OF MOTION TO DISMISS**<br><br>Hearing Date: July 27, 2012<br>Courtroom: 7, 19th Floor<br>Time: 9:00 am<br><br>Honorable Maxine M. Chesney |

[PROPOSED] ORDER GRANTING DEFENDANT'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING RESOLUTION OF MOTION TO DISMISS

CASE NO. 12-CV-1225 (MMC)

1  The Court has received Defendant's Miscellaneous Administrative Request to
2  Continue the Case Management Conference Pending Resolution of the Motion to Dismiss, and
3  Declaration of Eric S. Hochstadt in support thereof.
4  Good cause appearing, Defendant's Administrative Request to continue the Case
5  Management Conference ~~pending resolution of the motion to dismiss~~ is GRANTED. The Case
6  Management Conference, currently scheduled for July 27, 2012, is hereby CONTINUED to September 21, 2012.
7  DATED:  June 20, 2012      _____
8             HONORABLE MAXINE M. CHESNEY