1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   CELINA Z. PORRAS, as an individual, and        No. C-12-1225 MMC
     on behalf of all others similarly situated,
11                                                   **ORDER VACATING AUGUST 17, 2012
                       Plaintiff,                    HEARING ON DEFENDANT'S MOTION
12                                                   TO DISMISS**
       v.
13
     STUBHUB, INC., and DOES 1 through 100,
14   inclusive

15                     Defendants.
                                                  /
16

17         Before the Court is the motion of defendant StubHub, Inc., ("StubHub") filed April 30,

18   2012, to dismiss plaintiff Celina Z. Porras's ("Porras") Complaint.  Porras has filed

19   opposition to the motion, to which StubHub has replied.  Having read and considered the

20   papers filed in support of and in opposition to the motion, the Court deems the matter

21   suitable for decision thereon, and VACATES the hearing scheduled for August 17, 2012.

22         **IT IS SO ORDERED.**

23

24   Dated: August 10, 2012
                                               _____
25                                             MAXINE M. CHESNEY
                                               United States District Judge
26

27

28

United States District Court

For the Northern District of California