IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELINA Z. PORRAS, as an individual, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>STUBHUB, INC., and DOES 1 through 100, inclusive<br><br>    Defendants.<br>_____/ | No. C-12-1225 MMC<br><br>**ORDER VACATING AUGUST 17, 2012 HEARING ON DEFENDANT'S MOTION TO DISMISS** |

    Before the Court is the motion of defendant StubHub, Inc., ("StubHub") filed April 30, 2012, to dismiss plaintiff Celina Z. Porras's ("Porras") Complaint. Porras has filed opposition to the motion, to which StubHub has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and VACATES the hearing scheduled for August 17, 2012.

    **IT IS SO ORDERED.**

Dated: August 10, 2012

                                          MAXINE M. CHESNEY
                                          United States District Judge