PETER M. HART (State Bar No. 198691)
hartpeter@msn.com
AMBER S. HEALY (State Bar No. 232730)
ahealy.loph@gmail.com
KATHERINE GIROLAMO(State Bar No. 281662)
kgirolamo.loph@gmail.com
**LAW OFFICES OF PETER M. HART**
12121 Wilshire Blvd., Suite 205
Los Angeles, California 90025
Telephone: (310) 207-0109
Facsimile: (509) 561-6441

KENNETH H. YOON (State Bar No. 198443)
kyoon@yoonlaw.com
STEPHANIE E. YASUDA (State Bar No. 265480)
syasuda@yoonlaw.com
**LAW OFFICES OF KENNETH H. YOON, APC**
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017
Telephone: (213) 612-0988
Facsimile: (213) 947-1211

Attorneys for Plaintiff CELINA Z. PORRAS. as an
Individual, and on behalf of all other similarly situated

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CELINA Z. PORRAS, as an individual, and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>STUBHUB, INC.,<br><br>                    Defendants. | Case No. 12-cv-1225 (MMC)<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ~~[PROPOSED]~~ ORDER**<br><br>Current Date:       November 16, 2012<br>Time:               10:30 a.m.<br>Courtroom:          7 - 19th Floor<br>Judge:              Hon. Maxine M. Chesney |

Plaintiff Celina Z. Porras ("Plaintiff") and Defendant StubHub, Inc. ("Defendant" or "StubHub") (collectively "the Parties"), stipulate and agree as follows:

**WHEREAS**, on October 5, 2012, Plaintiff filed her First Amended Complaint;

**WHEREAS**, Defendant's response to Plaintiff's complaint is due October 22, 2012;

**WHEREAS**, the initial case management conference in this case is scheduled for November 16, 2012 at 10:30 a.m. and at this time, the Parties wish to conserve their resources and resources of the Court by holding the Case Management Conference after the status of the pleading is determined;

**IT IS HEREBY STIPULATED**, that the Case Management Conference be continued from November 16, 2012 at 10:30 a.m. to February 15, 2013 or a date thereafter that is convenient for the Court. The Parties will file the required paperwork in advance of the Case Management Conference.

DATED: October 22, 2012            LAW OFFICES OF PETER M. HART


By: /s/ Amber S. Healy_____
                   Peter M. Hart
                   Amber S. Healy

*Attorneys for Plaintiff CELINA Z. PORRAS. as an Individual, and on behalf of all other similarly situated*

DATED: October 22, 2012            WEIL GOTSHAL & MANGES LLP



By: /s/ Kristen M. Echemendia_____
                   David J. Lender
                   Eric S. Hochstadt
                   Kristen M. Echemendia

*Attorneys for Defendant, StubHub, Inc.*

1

<u>ATTESTATION</u>

2

     Pursuant to General Order No. 45, § X(B), regarding signatures, I attest that I have obtained

3

the concurrence in the filing of this document from all signatories.

4

5

                       By:  /s/ Amber S. Healy_____

6

7

8

                   **[PROPOSED] ORDER**

9

10

     The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT

IS HEREBY ORDERED that:

11

12

     The Case Management Conference shall be continued from November 16, 2012 at

13

10:30 a.m. to February 15, 2013 at 10:30 a.m.

14

15

Dated: October \_\_23\_\_, 2012

16

                 Honorable Maxine M. Chesney

17

                 United States District Court Judge

                 Northern District of California

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER TO CONTINUE CMC (Case No. 12-cv-1225 (MMC))

US_ACTIVE:\44119847\1\76504.0007