PETER M. HART (State Bar No. 198691)
hartpeter@msn.com
AMBER S. HEALY (State Bar No. 232730)
ahealy.loph@gmail.com
KATHERINE GIROLAMO (State Bar No. 281662)
kgirolamo.loph@gmail.com
**LAW OFFICES OF PETER M. HART**
12121 Wilshire Blvd., Suite 205
Los Angeles, California 90025
Telephone: (310) 207-0109
Facsimile: (509) 561-6441

KENNETH H. YOON (State Bar No. 198443)
kyoon@yoonlaw.com
STEPHANIE E. YASUDA (State Bar No. 265480)
syasuda@yoonlaw.com
**LAW OFFICES OF KENNETH H. YOON, APC**
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017
Telephone: (213) 612-0988
Facsimile: (213) 947-1211

Attorneys for Plaintiff CELINA Z. PORRAS. as an Individual, and on behalf of all other similarly situated

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CELINA Z. PORRAS, as an individual, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STUBHUB, INC.,<br><br>Defendants. | Case No. 12-cv-1225 (MMC)<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Current Date:   November 16, 2012<br>Time:                  10:30 a.m.<br>Courtroom:         7 - 19th Floor<br>Judge:                 Hon. Maxine M. Chesney |

Plaintiff Celina Z. Porras ("Plaintiff") and Defendant StubHub, Inc. ("Defendant" or "StubHub") (collectively "the Parties"), stipulate and agree as follows:

**WHEREAS**, on October 5, 2012, Plaintiff filed her First Amended Complaint;

**WHEREAS**, Defendant's response to Plaintiff's complaint is due October 22, 2012;

**WHEREAS**, the initial case management conference in this case is scheduled for November 16, 2012 at 10:30 a.m. and at this time, the Parties wish to conserve their resources and resources of the Court by holding the Case Management Conference after the status of the pleading is determined;

**IT IS HEREBY STIPULATED**, that the Case Management Conference be continued from November 16, 2012 at 10:30 a.m. to February 15, 2013 or a date thereafter that is convenient for the Court.  The Parties will file the required paperwork in advance of the Case Management Conference.

DATED: October 22, 2012						LAW OFFICES OF PETER M. HART

								By: /s/ Amber S. Healy_____
								     Peter M. Hart
								     Amber S. Healy

								*Attorneys for Plaintiff CELINA Z. PORRAS. as an Individual, and on behalf of all other similarly situated*

DATED: October 22, 2012						WEIL GOTSHAL & MANGES LLP


								By: /s/ Kristen M. Echemendia_____
								     David J. Lender
								     Eric S. Hochstadt
								     Kristen M. Echemendia

								*Attorneys for Defendant, StubHub, Inc.*

2
STIPULATION AND PROPOSED ORDER TO CONTINUE CMC (Case No. 12-cv-1225 (MMC))

ATTESTATION

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest that I have obtained the concurrence in the filing of this document from all signatories.

By: /s/ Amber S. Healy

**[PROPOSED] ORDER**

The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

The Case Management Conference shall be continued from November 16, 2012 at 10:30 a.m. to February 15, 2013 at 10:30 a.m.

Dated: October 23, 2012

Honorable Maxine M. Chesney
United States District Court Judge
Northern District of California