IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CELINA Z. PORRAS, as an individual, and on behalf of all others similarly situated,

    Plaintiff,

  v.

STUBHUB, INC.,

    Defendant.

No. C 12-1225 MMC

**ORDER VACATING DECEMBER 7, 2012 HEARING ON DEFENDANT'S MOTION TO DISMISS**

Before the Court is defendant Stubhub, Inc.'s "Motion to Dismiss Plaintiff's First Amended Class Action Complaint," filed October 22, 2012. Plaintiff has filed opposition, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and hereby VACATES the hearing scheduled for December 7, 2012.

**IT IS SO ORDERED.**

Dated: December 3, 2012

MAXINE M. CHESNEY
United States District Judge